**Opinion filed August 28, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00125-CV

_____

## HERBY ARMENDARIZ, Appellant

## V.

## CHIEF - ODESSA POLICE DEPARTMENT ET AL, Appellees

**On Appeal from the 244th District Court**

**Ector County, Texas**

**Trial Court Cause No. C-127,412**

## M E M O R A N D U M   O P I N I O N

Herby Armendariz sued Odessa Police Department Chief and various officers for $5000 in damages as a result of an alleged invasion of Armendariz's privacy. The trial court dismissed Armendariz's suit for failure to comply with the requirements of TEX. CIV. PRAC. & REM. CODE ANN. §§ 14.001-.006 (Vernon 2002). We affirm.

Armendariz has filed two memorandums arguing that his suit is not frivolous, but he does not address the trial court's findings that he failed to comply with the statutory requirements of Articles 14.003 and 14.004. We have reviewed the record before this court and find that the trial

court did not abuse its discretion. Armendariz failed to comply with the appropriate statutory requirements for his suit. All of Armendariz's contentions have been considered, and each is overruled.

The order of the trial court is affirmed.


PER CURIAM


August 28, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.